# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| ANTHONY KEVIN MCCULLOUGH, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:18-cv-00017-RLM-SLC |
| ALICIA SEROCYNSKI, KENNETH WATTS, | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Kenneth Watts, by Counsel Jordan Stover, Deputy Attorney General, respectfully requests an extension of time of 28 days, up to and including May 3, 2019, to respond to Plaintiff's complaint under Local Rule 6-1.

1. A response to Plaintiff's complaint is due on or about April 5, 2019.

2. Plaintiff's complaint is lengthy and involves several issues of fact that require substantial investigation. Defendant requires additional time to review the allegations and prepare a response and respectfully requests an additional 28 days to do so, until and including May 3, 2019.

3. The deadline has not been previously extended;

5. This request is being made in good faith and not for the purpose of hindrance or delay.

6. The Plaintiff is currently incarcerated, and contacting him for his consent to the granting of this motion is impracticable.

WHEREFORE, the Defendant requests that the Court grant an extension of time to respond to Plaintiff's Complaint, to and including May 3, 2019, and all other just and proper relief.

        Respectfully submitted,

        CURTIS T. HILL, JR.
        Indiana Attorney General
        Attorney No. 13999-20


By:    Jordan M. Stover
       Deputy Attorney General
       Attorney No.  29502-49

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Anthony Kevin McCullough
DOC #943257
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168

              By: Jordan M. Stover
                Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone:  (317) 234-3089
Facsimile:  (317) 232-7979
E-mail:  Jordan.Stover@atg.in.gov