UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ANTHONY KEVIN MCCULLOUGH,        )
                                 )
        Plaintiff,                )
                                 )
    v.                           )    CASE NO. 3:18-CV-00017-RLM-SLC
                                 )
ALICIA SEROCYNSKI, PH.D., and    )
KENNETH WATTS,                   )
                                 )
        Defendants.              )

## GENERAL DENIAL

Defendant, Alesha Seroczynski, Ph.D. (incorrectly named in the Amended Complaint as Alicia Serocynski), by counsel and pursuant to Fed. R. Civ. P. 8(b)(3), denies each and every allegation of Plaintiff's Amended Complaint.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief may be granted.

2. Plaintiff may be greater than fifty percent (50%) at fault in causing the injuries alleged in the Complaint.

3. Plaintiff's claims are barred by the doctrine of estoppel.

4. Any allegation in Plaintiff's Complaint not therefore specifically admitted or denied is now specifically denied.

5. Defendant reserves the right to plead additional affirmative defenses.

WHEREFORE, Defendant, by counsel, respectfully requests that the Court enter judgment in her favor and against Plaintiff, that Plaintiff takes nothing by way of his Complaint, and for all other just and proper relief in the premises.

Respectfully submitted,

SOPKO, NUSSBAUM, INABNIT & KACZMAREK

By: /s/ Richard A. Nussbaum, II
Richard A. Nussbaum, II, # 9684-71
5th Floor - Plaza Building
210 South Michigan Street
South Bend, Indiana 46601
Telephone: (574) 234-3000
Facsimile: (574) 234-4220
Email: dickn@sni-law.com
*Attorney for Alesha Seroczynski*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jordan M. Stover (jordan.stover@atg.in.gov)
Ryan J. Guillory (Ryan.Guillory@atg.in.gov)
Indiana Attorney General's Office - IAG/302
Indiana Government Center South
302 W Washington St 5th Fl
Indianapolis, IN 46204-2770

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Anthony Kevin McCullough, *pro se*
943257
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168

/s/ Richard A. Nussbaum, II
Richard A. Nussbaum, II, # 9684-71
5th Floor - Plaza Building
210 South Michigan Street
South Bend, Indiana 46601
Telephone: (574) 234-3000
Facsimile: (574) 234-4220
Email: dickn@sni-law.com
*Attorney for Alesha Seroczynski*